IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08-30010 |
| | ) | |
| AMMERON J. DAWSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection. See d/e 24. For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 24) is GRANTED. An Amended Judgment will be entered with a sentence of 110 months' imprisonment. The Motion For Retroactive Application of Sentencing Guidelines filed May 11, 2012 (d/e 22) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: August 20, 2012

FOR THE COURT:

                                                s/ Sue E. Myerscough
                                                SUE E. MYERSCOUGH
                                          UNITED STATES DISTRICT JUDGE